IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

S.H.D.,                                    *

    Petitioner,                       *

vs.                                        *

Warden, STEWART DETENTION            *    CASE NO. 4:25-cv-419-CDL-AGH
CENTER, *et al.*,
                                           *
    Respondents.                      *

_____

O R D E R

This matter is before the Court pursuant to a Report and Recommendation by the United States Magistrate Judge entered on June 10, 2026. There was no objection to this Recommendation as permitted by 28 U.S.C. § 636(b)(1). Therefore, the Court reviews the Recommendation for clear error. Finding no clear error, the Court adopts the Recommendation of the Magistrate Judge and makes it the order of this Court.[1]

IT IS SO ORDERED, this 1st day of July, 2026.

S/Clay D. Land
_____
CLAY D. LAND
U.S. DISTRICT COURT JUDGE
MIDDLE DISTRICT OF GEORGIA

_____

[1] The Court did observe that the Magistrate's recommendation included a few typographical errors in which the date stated as "2026" should have been "2025." Those errors were not substantive and do not affect the ultimate recommendation.